IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYLVIE ANNE ACKLIN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 22-3713 |
| | § | |
| CITY OF CONROE, TX, *et al* | § | |

### ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant are Defendants' Motions to Dismiss for failure to state a claim (Doc. Nos. 17, 18); Plaintiffs Motions to Strike (Doc. Nos. 25, 26); and, Judge Sheldon's Memorandum and Recommendation(Doc. No. 38) that the Court grant the Motions to Dismiss for Failure to State a Claim (Doc. Nos. 17, 18**).** Plaintiff has filed objections (Doc. No. 38) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo,* the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Plaintiffs § 1983 claim against the Officers and the City was not timely filed; that Plaintiffs claims of Title VII retaliation, hostile work environment, and constructive discharge fail procedurally and substantively; and that Plaintiff did not include a separate cause of action for any due process violations and failed to defend same. It is accordingly

**ORDERED** that the Memorandum and Recommendation (Doc. No. 38) is **ADOPTED;** Plaintiffs Motions to Strike (Doc. Nos. 25, 26) are **DENIED;** and Defendants' Motions to Dismiss for Failure to State a Claim (Doc. Nos. 17, 18) are **GRANTED.**

Plaintiffs case is **DISMISSED WITH PREJUDICE.**

Entry of this Order shall constitute entry of final judgment.

SIGNED this 10th day of August, 2023.

                                                                                    _____
                                                                                    ANDREW S. HANEN
                                                                                    UNITED STATES DISTRICT JUDGE